◼ DONTA BATTS, an Infant, by His Mother and Natural Guardian, LASHAWN BATTS, et al., Appellants, v INTREBOR, INC., et al., Defendants, and LORENZO DISTANT, Respondent.
[747 NYS2d 537]

The infant plaintiff, Donta Batts, allegedly suffered lead poisoning as a result of exposure to lead paint in his apartment in a building owned by the defendant Lorenzo Distant. To establish that a landlord is liable for a lead paint condition, a plaintiff must demonstrate that the landlord had actual or constructive notice of, and a reasonable opportunity to remedy, the hazardous condition (*see Chapman v Silber*, 97 NY2d 9). Here, the plaintiffs raised a triable issue of fact as to whether Distant had constructive notice as a result of his actual notice of many conditions in the apartment indicating a lead paint hazard to young children (*see Chapman v Silber, supra*). Distant's motion for summary judgment therefore should have been denied (*see Brown v Paul*, 290 AD2d 469). S. Miller, J.P., Schmidt, Adams and Townes, JJ., concur.